**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ERIC N. DRAPER                                                                                             PLAINTIFF

V.                                                                                         NO. 4:13CV00130-DMB-JMV

W.C.R.C.F., ET AL.                                                                                    DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the Court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That all of the named defendants are **DISMISSED** for failure to state a valid § 1983 claim against them;

4. That Draper's claim for denial of adequate medical care is **DISMISSED** for failure to state a claim upon which relief could be granted;

5. That the Clerk of the Court is DIRECTED to add Mike Harden as a defendant to this lawsuit because Draper has stated claims against Harden for failure to protect from the attack of other inmates and for retaliation.

**SO ORDERED**, this, the 13th day of May, 2014.

**/s/ Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**