IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC N. DRAPER**     **PLAINTIFF**

V.     NO. 4:13-CV-00130-DMB-DAS

**W.C.R.C.F., ET AL.**     **DEFENDANTS**

CONSOLIDATED WITH

**ERIC N. DRAPER**     **PLAINTIFF**

V.     NO. 4:13-CV-00133-DMB-DAS

**MS. PIPPINS, ET AL.**     **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day, Defendants Sheriff Milton Gaston and Lt. Addison are **DISMISSED** from this case with prejudice for failure to state a claim against them upon which relief could be granted.

**SO ORDERED**, this 5th day of March, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**